UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:17-cv-25-FL

| | |
|---|---|
| PHIL BERGER, and TIM MOORE, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>SYLVIA BURWELL, THE UNITED )<br>STATES DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, )<br>ANDREW SLAVITT, THE CENTERS FOR )<br>MEDICARE AND MEDICAID SERVICES, )<br>RENARD MURRAY, DEMPSEY )<br>BENTON, THE NORTH CAROLINA )<br>DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, )<br>)<br>Defendants. ) | **ORDER GRANTING PLAINTIFFS PHIL BERGER AND TIM MOORE'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Pending before the Court is Plaintiffs Phil Berger and Tim Moore's Motion for a Temporary Restraining Order. After consideration, and good cause appearing:

**IT IS ORDERED** that the Motion for a Temporary Restraining Order is **GRANTED**. The Court hereby orders that:

1. The Federal Defendants are enjoined from formally approving the proposed State Plan Amendment or any similar State Plan Amendment that does not comply with the requirements of Section 1902(a)(1) and (a)(2) of the Social Security Act and is not submitted pursuant to a valid authorization by the State; and

2. The State Defendants are enjoined from submitting the proposed State Plan Amendment or any similar State plan amendment that does not comply with the

requirements of Section 1902(a)(1) and (a)(2) of the Social Security Act.

This injunction shall be effective immediately, and it shall last for fourteen days or until the Court orders otherwise.

DATED this __14th__ day of __January__, 20__17__.

Louise Wood Flanagan
United States District Judge