UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:17-CV-25-FL

PHIL BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives ,

        Plaintiff,

v.

SYLVIA BURWELL, in her official capacity as Secretary of the United States Department of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW SLAVITT, in his official capacity as Acting Administrator for the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; RENARD MURRAY, in his official capacity as Regional Administrator for the Office of the Assistant Secretary for Health, U.S. Department of Health and Human Services, Region IV; DEMPSEY BENTON, in his official capacity as Interim Secretary of the North Carolina Department of Health and Human Services; and THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES,

        Defendant.

ORDER ON STATE DEFENDANTS' CONSENT MOTION ON PAGE LIMITS

Upon the State Defendants' Consent Motion on Page Limits, and for good cause shown:

IT IS ORDERD THAT the State Defendants may file a brief up to 20 pages in length pursuant to the briefing schedule set forth in this Court's January 19, 2017 Order.

This 24th day of January, 2017.

                                              Louise Wood Flanagan
                                              United States District Court Judge