IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:17-CV-25-FL

| | |
|---|---|
| PHIL BERGER, et al., | ) |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF DISMISSAL** |
| v. | ) **UNDER FRCP 41(a)(1)(A)(i)** |
| THOMAS E. PRICE, M.D., et al., | ) |
| Defendants. | ) |

Plaintiffs Phil Berger and Tim Moore, by and through their undersigned counsel, hereby dismiss this action against all Defendants pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Dismissal is appropriate under this Rule because Defendants have not served an answer or motion for summary judgment. Plaintiffs' dismissal of this action is without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B).

Dated: July 20, 2017

/s/ Michael W. Kirk
COOPER & KIRK, PLLC
Michael W. Kirk
David H. Thompson
Peter A. Patterson
Nicole J. Moss (State Bar No. 31958)
Haley N. Proctor
William C. Marra
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601
mkirk@cooperkirk.com
nmoss@cooperkirk.com

Counsel for Plaintiffs Phil Berger
and Tim Moore

Respectfully submitted,

/s/ Nathan A. Huff
PHELPS DUNBAR LLP
4140 ParkLake Avenue, Suite 100
Raleigh, North Carolina 27612
Telephone: (919) 789-5300
Fax: (919) 789-5301
nathan.huff@phelps.com
State Bar No. 40626

Local Civil Rule 83.1 Counsel for
Plaintiffs Phil Berger and Tim Moore
and Tim Moore

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2017, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM/ECF system, and served on counsel registered to received CM/ECF notifications in this case.

/s/Michael W. Kirk
Michael W. Kirk